# EXHIBIT 3

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE-19-007763-12

SAMUEL G. COBB,

        Plaintiff,

vs.

SOUTHWEST AIRLINES CO.,
A Texas for profit corporation,

        Defendant.
_____/

## NOTICE TO STATE COURT OF FILING OF
## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

TO:    CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that on May 17, 2019, Defendant filed a Notice of Removal in the above-captioned action, under 28 U.S.C. § 1441, in the United States District Court for the Southern District of Florida. A true and correct copy of said Notice of Removal is attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. § 1446(d), the Removal divests this Court of jurisdiction, and this Court may proceed no further in this action unless and until the case is remanded.

Dated: May 17, 2019

                                                      Respectfully submitted,

                                                      OGLETREE, DEAKINS, NASH,
                                                      SMOAK & STEWART, P.C.
                                                      701 Brickell Avenue, Suite 1600
                                                      Miami, Florida 33131-2813
                                                      Telephone: 305.374.0506
                                                      Facsimile:  305.374.0456

                                                      *s/* David M. DeMaio
                                                      David M. DeMaio

                                        Florida Bar No. 886513
                                        david.demaio@ogletreedeakins.com
                                        Paul J. De Boe
                                        Florida Bar No. 52051
                                        paul.deboe@ogletreedeakins.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2019, I electronically filed the foregoing document through the Florida Court's E-Filing Portal and that the Portal was used as a means of service of this document this day upon all counsel of record identified in the attached service list.

                                        s/ David M. DeMaio
                                        David M. DeMaio

## SERVICE LIST

*Samuel G. Cobb v. Southwest Airlines Co.*
17th Judicial Circuit in and for Broward County, Florida
Case No. : CACE-19-007763-12

George Castrataro
pleadings@lawgc.com
THE LAW OFFICES OF GEORGE
 CASTRATARO, PA
707 Northeast 3rd Avenue, Suite 300
Fort Lauderdale, Florida 33304
Telephone: 954.573.1444
Facsimile: 954.573.6451

*Co-Counsel for Plaintiff*

Paul K. Silverberg
notices@pkslegal.com
SILVERBERG & WEISS, P.A.
1290 Weston Road, Suite 218
Weston, Florida 33326
Telephone: 954.384.0998
Facsimile: 954.384.5390

*Co-Counsel for Plaintiff*

Method of Service: Florida E-Filing Portal

David M. DeMaio
david.demaio@ogletreedeakins.com
Paul J. De Boe
Paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone: 305.374.0506
Facsimile: 305.374.0456

*Counsel for Defendant*

3